# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0162.  JAMES EDWARD JENKINS v. THE STATE.**

In 2000, James Edward Jenkins was convicted of rape and other crimes. This Court affirmed his convictions on appeal. See *Jenkins v. State*, 259 Ga. App. 87 (576 SE2d 68) (2003).[1] Since 2020, Jenkins has filed numerous motions in the trial court, including motions for an out-of-time appeal, motions to quash his indictment, and motions for supersedeas bond. On September 9, 2021, the trial court denied all of Jenkins's pending motions. On October 22, 2021, Jenkins filed a discretionary application in the Supreme Court of Georgia, which was transferred to this Court. See Case No. S22D0280 (Nov. 17, 2021). We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Jenkins

---

[1] Jenkins has also filed two other appeals in this Court, which were dismissed. See Case Nos. A19A1075 (Jan. 17, 2019); A10A0384 (Dec. 1, 2009).

filed his application in the Supreme Court 43 days after entry of the order he seeks to appeal, it is untimely. Accordingly, we lack jurisdiction to consider this application, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
Clerk's Office, Atlanta,__12/28/2021_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.